IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARK A. BAINE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 10-0334-CG-N |
| ) | |
| BILLY MITCHUM, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

Pursuant to the Order entered on November 8, 2013 (Doc. 40), it is **ORDERED, ADJUDGED** and **DECREED** that Petitioner's petition for habeas corpus relief is hereby **DENIED** and, further, that a certificate of appealability and leave to appeal in forma pauperis are hereby **DENIED**.

**DONE and ORDERED** this 12th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE